**FORM 9** (Rev. 11/93)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

IN RE:                                                        Case No. 06-30992
                                                              **CHAPTER 7**
**WILLIAM MICHAEL HILL**                                      **JUDGE: WALTER**

    **Debtor**

**NOTICE TO THE CLERK OF SMALL DIVIDENDS**
**AND UNCLAIMED DIVIDENDS**

**TO THE CLERK OF THE COURT:**

    The attached checks in the amount of **$0.72** represents the total sum of unclaimed and small dividends in this estate and is paid to the court pursuant to 11 USC § 347(a) and FRBP 3010. The name(s) and addresses of the parties entitled to those unclaimed dividends are as follows:

| Creditor Name and Address | Claim No. | Amount of Dividend |
|---|---|---|
| Capital One Bank, c/o T545 Debt Mgmt<br>PO Box 5155, Norcoss, GA 30091 | 8 | $ 0.72 |

| Total Unclaimed/Small<br>Dividends $25.00 or under | Total Unclaimed<br>Dividends Over $25.00 |
|---|---|
| **$0.72** | **$0.00** |

**Dated:   04/04/11**                                         **/s/ Roger E. Luring**_____
                                                              **Roger E. Luring, Case Trustee**
                                                              **314 W. Main Street**
                                                              **Troy, OH 45373**
                                                              **(937) 339-2627**
                                                              **AR #0010834**

**cc: US Trustee**